638

473 A.2d 694

Commonwealth v. McClintock, Appellant.

Argued February 14, 1984.   Michael F.X. Coll, for appellant;   Ann Aschauer Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

473 A.2d 694

Commonwealth v. Miles, Appellant.

Submitted December 15, 1983.   A. Smith, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.